# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Loy Alexander Wright,

        Petitioner,                       JUDGMENT IN A CIVIL CASE

vs.                                           3:11-cv-341-RJC

Alvin Keller,

        Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 18, 2011 Order.

                                            Signed: November 18, 2011

Frank G. Johns, Clerk
United States District Court