# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Loy Alexander Wright,

    Petitioner,

vs.

Alvin Keller,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:11-cv-341-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 18, 2011 Order.

Signed: November 18, 2011

Frank G. Johns, Clerk
United States District Court