UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV341-RJC

| | |
|---|---|
| LOY ALEXANDER WRIGHT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| ALVIN KELLER, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's "Motion to Review Contents of Documents Send (sic) by Petitioner to be Reflected on Case Dockets" filed November 30, 2011.

Petitioner seems to be under the impression that the Court has not received all of the documents he has sent to the Court because the docket entries are not sufficiently detailed. By way of example, Petitioner notes that the declaration he sent to the Court included two affidavits which were stapled to his declaration. The docket sheet simply lists the declaration as docket entry number 8; therefore Petitioner is under the impression that the affidavits are not part of the Court's record. However, the Court can assure Petitioner that the affidavits were attached to his declaration and the Court has reviewed all of those documents. Likewise, the Court has also received Petitioner's Motion to Amend to name the proper respondent and his "Motion for Consideration" filed on November 2, 2011. Both motions were addressed in the Court's Order dated November 15, 2011 (Doc. No. 15).

**NOW, THEREFORE, IT IS ORDERED** that Petitioner's motion (Doc. No. 17) is denied as moot. The Clerk is directed to send Petitioner a copy of this Order as well as an

updated copy of his docket sheet.

Signed: December 5, 2011

Robert J. Conrad, Jr.
Chief United States District Judge